Bankruptcy No. 19-14493-mdc    Adversary No. 19-00229-mdc

### CERTIFICATE OF SERVICE

I, _T. Barry Gray_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _11/26/19_ (date) by: _USPS_

(✓) Mail service: Regular, first class United States mail, postage pre-paid, addressed to: _Certificate of Mail_
_John Doe, Personal Representative_
_for Estate of Gwendolyn L. Jackson_
_5115 Wynnefield Avenue_
_Philadelphia, PA 19131_
( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


( ) Residence Service: By leaving the process with the following adult at:


( ) Publication: The defendant was served as follows:[Describe briefly]


( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_11/26/19_                     _T. Barry Gray_
Date                           Signature

Print Name          _T. Barry Gray_
Business Address    _5400 Morse St. 2nd Fl._
City, State, Zip    _Phila PA 19131_

FILED
DEC - 9 2019
TIMOTHY McGRATH, CLERK

UNITED STATES
POSTAL SERVICE

1005

NOV 20, 19
AMOUNT
**$1.45**
R2303S101576-31

**POSTAL SERVICE** — **Certificate Of Mailing** — To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Patricia Gray
5400 Morse Street 2 NdFl
Philadelphia, PA 19131

To: John Doe, Personal Representative for
Estate of Gwendolyn L. Dickson
5115 Wynnefield Avenue
Philadelphia, PA 19131
Summons and Adv. Proceeding

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here — NOV 2019

FILED
DEC -9 2019
TIMOTHY McGRATH, CLERK

B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re

Brandon Jackson
    Debtor

Bankruptcy No. 19-14493-mdc

Patricia R. Gray, in her own right
Patricia R. Gray, Executrix for the Estate
of Katie B. Jackson, deceased
    Plaintiff

Adversary No. 19-00229-mdc

Brandon Jackson
John Doe, Personal Representative
City of Philadelphia-Municipal Court Traffic
Division and Real Estate Tax Liens
kor the Estate of Gwendolyn L. Jackson
    Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due 12/25/19.

Address of Clerk

U.S. Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name/Address of Plaintiff's Attorney

Patricia R. Gray- Pro Se
5400 Morse Street
2nd Floor
Philadelphia, PA 19131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: /s/ Yvette Ruiz
Deputy Clerk

11/25/19

FILED
DEC - 9 2019
TIMOTHY McGRATH, CLERK